UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE: (Debtors' names)
Castle Rock Sr. Partnership

CHAPTER 13
CASE NO: 2017149

FILED
CLERK OF COURT
NOV 2 0 2023
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

| Business Name or Full Name of Creditor (please print legibly or type):<br>Castle Rock Sr. partnership | This change applies to PROOF OF CLAIM # 4 (if known):_____<br><br>Account # (if any): 2017149 |
|---|---|
| Old Payment Address (or address to be replaced):<br><br>403 perry st.<br>Castle Rock Co 80104 | New Payment Address (street, rural route or P.O. Box, City, State, and Zip):<br><br>11784 Crabapple Dr<br>Franktown Co 89116 |
| Old Notice Address (or address to be replaced): | New Notice Address (street, rural route or P.O. Box, City, State, and Zip): |
| Date: 11/15/2023 | Signature of person submitting change of address<br>Name: Donna Dee Smith<br>Address: 11784 Crabapple Dr<br>Franktown Co 89116<br><br>Phone #: 970 629 0346 |

THIS CHANGE APPLIES TO (CHECK ONE): __1__ THIS CASE ONLY;
AT PRIOR ADDRESS.

### INSTRUCTIONS:

### (IF YOU ARE AN E-FILER YOU MUST FILE THIS FORM ELECTRONICALLY)

If you are not an e-filer, please mail or deliver the form to the address below:
U.S. BANKRUPTCY COURT, U.S. CUSTOMS HOUSE, 721 19TH STREET, DENVER, CO 80202-2508
PHONE 720-904-7300
PLEASE ALSO MAIL OR DELIVER A COPY TO:
CHAPTER 13 TRUSTEE, 1888 SHERMAN STREET, #750, DENVER, CO 80203-1169; PHONE 303-830-1971